UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Abram,

    Plaintiff,                               Case No. 14-cv-11431
                                           Hon. Judith E. Levy
v.                                         Mag. David R. Grand

Corizon Health, Inc., *et al.*,

    Defendants.

_____/

**OPINION & ORDER ADOPTING REPORT & RECOMMENDATION [43] AND GRANTING DEFENDANTS TROY PENDELL AND PENNY PARSONS' MOTION FOR SUMMARY JUDGMENT [23]**

Plaintiff Michael Abram is a former Michigan Department of Corrections ("MDOC") prisoner and current parolee. At all times relevant to the complaint Abram was confined in either the Central Michigan Correctional Facility in St. Louis, Michigan or the Pugsley Correctional Facility in Kingsley, Michigan. (Dkt. 1). On April 3, 2014, he filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983, alleging violation of his Eighth Amendment right to be free from cruel and unusual punishment and violation of his First Amendment right to free speech. Plaintiff alleges that defendants Corizon Health, Inc.,

Registered Nurse Penny Parsons, Registered Nurse Commins, unknown nurse Jane Done, Dr. Joseph Burtch, and Dr. Harriet Squier failed to provide him with timely health care and that Assistant Resident Unit Supervisor Troy Pendall retaliated against him for filing grievances related to his health care complaints.

This matter is before the Court on Magistrate Judge Grand's February 9, 2015 Report and Recommendation. (Dkt. 43). Judge Grand recommended granting Pendall and Parsons' motion for summary judgment. (Dkt. 23).

No party has filed objections to the Report and Recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The failure to object to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). The failure to object also relieves this Court from its duty to review this matter independently. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Court has nonetheless thoroughly reviewed the Report and Recommendation, defendants' motions, and the record as a whole, and agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, the Magistrate Judge's Report and Recommendation is ADOPTED;

Defendants Pendall and Parsons' Motion for Summary Judgment (Dkt. 23) is GRANTED.

SO ORDERED

Dated: March 6, 2015         s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 6, 2015.

                             s/Felicia M. Moses
                             FELICIA M. MOSES
                             Case Manager